M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      rfinch@messner.com
             cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA TREMILLO ROMERO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01508-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff VICTORIA TREMILLO ROMERO, individually and by and through her counsel of record, GINA M. CORENA, ESQ. and CHET A. GLOVER, ESQ. of GINA CORENA & ASSOCIATES, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24-cv-01508-RFB-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 1st day of October 2024.

**MESSNER REEVES, LLP**

*/s/ Renee M. Finch*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 1st day of October 2024.

**GINA CORENA & ASSOCIATES**

*/s/ Chet A. Glover*
Gina M. Corena, Esq.
Chet A. Glover, Esq.
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 2 day of October.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this  1st  day of October, 2024, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was filed and served upon the following by the method indicated:

Gina M. Corena, Esq.
Chet A. Glover, Esq.
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

☐ via U.S. Mail
☐ via Hand Delivery
☐ via Facsimile
☐ via Overnight Delivery
☒ via CM/ECF
☐ via Electronic Mail

*/s/ Kimberly Shonfeld*
Employee of MESSNER REEVES LLP